UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HECTOR A. SANTOS** | * | **CIVIL ACTION** |
| **Plaintiff** | | |
| | * | **NO.** |
| **VERSUS** | | |
| | * | **SECTION " "** |
| **J.W. GRAND, INC.** | | |
| **Defendant** | * | **MAGISTRATE** |
| ****************************************** | * | **JURY DEMANDED** |

### COMPLAINT OF EMPLOYMENT DISCRIMINATION AND RETALIATION

Hector A. Santos ("Santos"), institutes this action, against the defendant, J.W. Grand, Inc. ("JW Grand"). Santos is an individual of the age of majority and a resident of Gonzales, Louisiana and avers as follows:

### JURISDICTION AND VENUE

I.

Jurisdiction of this Court is proper under 28 U.S.C. §§451, 1331, 1343 and 1367.

II.

The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of Louisiana.

### PARTIES

III.

Plaintiff is Hector A. Santos, an individual of the full age of majority, resident of Gonzales, Louisiana, who, at all pertinent times hereto was an employee of J.W. Grand, Inc.

1

IV.

Defendant is:

J.W. Grand, Inc. ("JW Grand"), which has continuously been a Louisiana Corporation with its principle place of business on 5940 Perkins Road, Baton Rouge, Louisiana and doing business in the State of Louisiana and the City of Baton Rouge, and has continuously had at least fifteen (15) employees: Agent for Service of Process is John Warren Grand, 5940 Perkins Road, Baton Rouge, LA 70808.

V.

At all material times hereto, J.W. Grand, Inc. has continuously been an employer engaged in an industry affecting commerce under Federal and State Anti-Discriminatory Laws.

VI.

At all material times hereto, J.W. Grand, Inc. has been a covered entity under Federal and State Anti-Discriminatory Laws

## STATEMENT OF CLAIMS

VII.

Hector Santos is Hispanic and his National Origin is Salvadoran.

2

VIII.

Santos began working for J.W. Grand, Inc., Baton Rouge, Louisiana, in 2009. Sometime in May, Santos complained to Preston Pace, Superintendent, that others had been calling him "Wetback," and other harassing derogatory names. In 2009, Santos was forced to terminate his employment with J.W. Grand, Inc. because of the intolerable and harassing comments because of his race/national origin and because of the complaints of racism within J.W. Grand, Inc. The discrimination and harassment were constant, daily and vulgar from the date of employment until date of departure.

IX.

Thereafter, Santos filed a complaint with the Equal Employment Opportunity Commission (hereinafter "EEOC") against J.W. Grand, Inc. for discrimination.

X.

For most, if not all, of his time employed with J.W. Grand, Inc., Santos was one of few Hispanics.

XI.

Despite excellent performance records, J.W. Grand, Inc. discriminated and created a hostile work environment against Santos because of his race, Hispanic, and national origin, by acting in the following non-exclusive manner:

3

Failing to employ, promote, pay and treat him equal to non-Hispanics;

Repeatedly making suggestions that he should return to his native country; and

Repeatedly calling him "Wetback", "Spic" and "Dirty Mexican" and encouraging an environment that promotes discrimination and harassment.

XII.

J.W. Grand, Inc. has encouraged its employees to discriminate against Hispanics.

XIII.

J.W. Grand, Inc. promotes a pattern and practice of discrimination against Hispanics in Louisiana.

XIV.

Prior to his termination, Santos made complaints to J.W. Grand, Inc., through Preston Pace, to no avail. Instead of stopping the discrimination, J.W. Grand, Inc. supported the discrimination causing Santos' forced self termination.

XV.

More than 30 days prior to the institution of this lawsuit, Santos filed a charge with the EEOC alleging violations of Title VII by J.W. Grand, Inc. Santos has received a "Right to Sue" letter. All conditions precedent to the institution of this lawsuit have been fulfilled.

XVI.

Since at least 2009, J.W. Grand, Inc. has engaged in unlawful employment practices at its Louisiana facilities, in violation Federal and State Anti-Discrimination Laws. Upon information and belief, the EEOC concluded that the defendant, J.W. Grand, Inc. discriminated against Santos.

XVII.

The effect of the practices contained above has been to deprive Santos of equal employment opportunities and otherwise adversely affect his status as an applicant for employment, because of his race, Hispanic, and national origin.

XVIII.

J.W. Grand, Inc.'s unlawful employment practices outlined above were and are intentional.

XIX.

J.W. Grand, Inc.'s unlawful employment practices outlined above were and are done with malice and/or with reckless indifference to the federally protected rights of Santos.

XX.

Santos hereby requests trial by jury on all issues.

**WHEREFORE**, plaintiff, Hector Santos, prays that after due proceedings are had, that judgment be rendered in his favor and against the defendant, J.W. Grand, Inc. as follows:

1. Order the defendant, J.W. Grand, Inc., to make whole Santos, by providing appropriate back pay, with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice, including, but not limited to, rightful-place hiring of Santos or front pay for an indefinite period of time;

2. Order the defendant, J.W. Grand, Inc. to make whole Santos by providing compensation for past and future pecuniary loss resulting from the unlawful employment practices described in the preceding paragraphs, including, but not limited to, job search expenses, retirement benefits, medical insurance premiums, medical expenses not covered because Santos was not a member of the employer's employee benefit plan, including dental coverage, emergency room care, and coverage of pre-existing conditions and consumer credit counseling service fees in amounts to be determined at trial;

3. Order the defendant, J.W. Grand, Inc., to make whole Santos by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in the preceding paragraphs, including, but not limited to, emotional pain, suffering, inconvenience, loss of enjoyment of life, reduction in the standard of living, strain on his relationship

with members of her immediate family, lowered self-esteem and humiliation, in amounts to be determined at trial.

4. Order the defendant, J.W. Grand, Inc., to make whole Santos by providing Rodriguez with a monetary sum sufficient to account for his compensatory damages, attorney's fees, costs, and all such other relief as requested above;

5. Order the defendant, J.W. Grand, Inc., to pay to Santos punitive damages for its malicious and reckless conduct, as described in the preceding paragraphs, in an amount to be determined at trial.

Grant all additional relief that this Court deems just and appropriate.

Respectfully submitted:
**BURGOS & EVANS, L.L.C.**

_____

CESAR R. BURGOS (# 24328)
ROBERT B. EVANS, III, TA (# 23473)
GABRIEL O. MONDINO (# 31514)
ROBERT J. DAIGRE (#23016)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525

7