UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HECTOR A. SANTOS<br>Plaintiff | * | CIVIL ACTION |
| | * | NO.  2:12-CV-02706 |
| VERSUS | | |
| | * | JUDGE: MORGAN |
| J.W. GRAND, INC.<br>Defendant | * | MAGISTRATE: KNOWLES |
| ****************************************** | * | |

ORDER
*EX-PARTE/CONSENT*  MOTION TO TRANSFER VENUE TO MIDDLE DISTRICT OF LOUISIANA

BEFORE THIS COURT is Plaintiffs *Ex-Parte* Motion to Transfer Venue to the Middle District of Louisiana.

Considering the foregoing Motion, the relevant law, and argument of parties before the Court, this Motion is hereby GRANTED.

SO ORDERED.

New Orleans, Louisiana on this the __23rd__ day of _____August_____, 2013.

_____
Susie Morgan
United States District Judge